

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Sep 16, 2024 12:22PM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

| Rcpt. No: 5901 | | Trans. Date: Sep 16, 2024 12:22PM | | | Cashier ID: #TT |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1005 | 09/9/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** Ortega v AA Life Insurance; Case No. 5:24-CV-01038-FB

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA24CA1038          MJ-RBF