Mark Ortega
PO Box 702099
San Antonio, TX 78270

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

RECEIVED
SEP 12 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

SEP 12 2024

SA24CA1038   FB   MJ-RBF