IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE<br>INSURANCE COMPANY OF TEXAS,<br><br>    Defendant. | Case No. 5:24-cv-01038-FB-RBF |

## ENTRY OF APPEARANCE

Emilee N. Crowther, an attorney with the law firm of Husch Blackwell LLP, hereby enters her appearance in the above-captioned matter as counsel on behalf of Defendant American-Amicable Life Insurance Company of Texas.

Dated: November 7, 2024

Respectfully submitted,

By: /s/ *Emilee N. Crowther*
    Emilee Crowther
    Texas Bar No. 24109772
    emilee.crowther@huschblackwell.com
    Husch Blackwell LLP
    111 Congress Avenue, Suite 1400
    Austin, TX 78701
    Phone: 512.479.1163
    Fax: 512.479.1101

    John W. McGuinness (*Pro Hac Vice* to be requested)
    A. Paul Heeringa (*Pro Hac Vice* to be requested)
    MANATT, PHELPS & PHILLIPS, LLP
    1050 Connecticut Avenue, NW, Suite 600
    Washington, D.C. 20036
    Telephone: 202-585-6500
    Facsimile: 202-585-6600
    jmcguinness@manatt.com
    pheeringa@manatt.com

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on, November 7, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's ECF system to be sent via the electronic notification system to all counsel of record in the above-captioned matter.

By: /s/ *Emilee N. Crowther*
Emilee N. Crowther