FILED
December 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK ANTHONY ORTEGA,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>*Defendant*. | Case No. 5:24-cv-01038-FB-RBF |

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff Mark Anthony Ortega ("Plaintiff"), individually and on behalf of Defendant American-Amicable Life Insurance Company of Texas (individually "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative extra-judicial resolution of all the Parties' differences and disputes in this matter as to Plaintiff's claims against Defendant. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines impacting the Parties (including but not limited to Defendant's responsive pleading deadline on January 9, 2025) and stay the case, and that the Court retain jurisdiction and not dismiss the matter, so that the Parties can finalize their tentative resolution.

Dated: December 31, 2024	Respectfully submitted,

By: /s/ Mark Anthony Ortega

Mark A. Ortega
P.O. Box 702099
San Antonio, Texas 78270
Tel: (210) 500-6839
Email: mortega@utexas.edu

*Plaintiff (Pro Se)*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 31, 2024, the foregoing document was filed with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

                                                  By: /s/ Mark Anthony Ortega
                                                  Mark Anthony Ortega
                                                  Plaintiff (pro se)